UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| E.G., a minor, by and through her Guardian Ad Litem, Alfonso Gomez Lepe,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>ALBERTO MARTINEZ MALDONADO, *et al.*,<br><br>　　　　　　　　Defendants. | Case No.: 14-CV-01053-LHK<br><br>CASE MANAGEMENT ORDER |

Plaintiff's Attorney:  Stan Casper
Defendant Watsonville Community Hospital's Attorney:  Carolyn Katzorke
Defendant Security Code 3's Attorney: Joanne Madden

　　　A case management conference was held on July 9, 2014, at 2:00 p.m. A further case management conference is set for October 8, 2014, at 2:00 p.m.

　　　The Court referred the parties to private mediation with a deadline of February 25, 2015.

　　　The parties shall meet and confer regarding discovery limits and include their proposals as to discovery limits in the joint case management statement that will be filed on October 1, 2014.

　　　The Court set the following case schedule:

LAST DAY TO AMEND PLEADINGS OR ADD PARTIES is January 15, 2015

FACT DISCOVERY CUTOFF is April 20, 2015.

EXPERT DISCOVERY:
　　　Opening Reports: May 11, 2015
　　　Rebuttal Reports: June 1, 2015
　　　Cut-off: July 1, 2015

1

Case No.: 14-CV-01053-LHK
CASE MANAGEMENT ORDER

DISPOSITIVE MOTIONS: Each party shall be limited to filing one motion for summary judgment or summary adjudication in the entire case. The deadlines are as follows:
    Motions: September 10, 2015
    Oppositions: October 22, 2015
    Replies: November 12, 2015
    Hearing: December 17, 2015, at 1:30 p.m.

PRETRIAL CONFERENCE DATE is February 25, 2016, at 1:30 p.m.

JURY TRIAL DATE is Monday, March 14, 2016, at 9:00 a.m. in Courtroom 8, 4th floor.

TRIAL LENGTH is estimated to be 8 days.

**IT IS SO ORDERED.**

Dated: July 9, 2014

                                              _____
                                              LUCY H. KOH
                                              United States District Judge

Case No.: 14-CV-01053-LHK
CASE MANAGEMENT ORDER

**United States District Court**
For the Northern District of California