UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| E. G., a minor, by and through her Guardian Ad Litem, ALFONSO GOMEZ LEPE,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO MARTINEZ MALDONADO; SECURITY CODE 3 aka SECURITY CODE 3, INC.; WATSONVILLE COMMUNITY HOSPITAL; DR. GORDON KAPLAN, in his individual capacity and in his official capacity acting under color of law; DR. STERLING LEWIS, in his individual capacity and in his official capacity acting under color of law; DR. STUART A. SIMON, in his individual capacity and in his official capacity acting under color of law; and DOES 1 through 100, in their individual capacities and in their official capacities acting under color of law,<br><br>Defendants. | Case No.: 5:14-CV-01053-LHK<br><br>ORDER VACATING MOTION HEARING, CONTINUING CASE MANAGEMENT CONFERENCE, AND GRANTING IN PART AND DENYING IN PART DISCOVERY REQUESTS |

1

1    Pursuant to Civil Local Rule 7-1(b), the Court hereby VACATES the motion hearing set for
2    October 9, 2014, at 1:30 p.m.  The Case Management Conference set for October 9, 2014, at 1:30
3    p.m. is hereby CONTINUED to January 28, 2015, at 2:00 p.m.  Pursuant to Civil Local Rule 16-
4    10(d), the parties shall file a supplemental joint case management statement by January 21, 2015.
5    In addition, the Court hereby orders that each side may take up to 20 depositions, and that
6    each party may serve up to 50 interrogatories.
7    **IT IS SO ORDERED.**

9    Dated: October 6, 2014



LUCY H. KOH
United States District Judge

2

Case No.: 5:14-CV-01053-LHK
ORDER VACATING MOTION HEARING, CONTINUING CASE MANAGEMENT CONFERENCE, AND
GRANTING IN PART AND DENYING IN PART DISCOVERY REQUESTS