Stan Casper (SBN 56705)
Adam Carlson (SBN 257795)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone:  (925) 947-1147
Facsimile:   (925) 947-1131

Attorneys for Plaintiff

*IT IS SO ORDERED*
*Lucy H. Koh*
*Judge Lucy H. Koh*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. G., a minor, by and through her Guardian Ad Litem, ALFONSO GOMEZ LEPE,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTO MARTINEZ MALDONADO; SECURITY CODE 3 aka SECURITY CODE 3, INC.; WATSONVILLE COMMUNITY HOSPITAL; DR. GORDON KAPLAN, in his individual capacity and in his official capacity acting under color of law; DR. STERLING LEWIS, in his individual capacity and in his official capacity acting under color of law; DR. STUART A. SIMION, in his individual capacity and in his official capacity acting under color of law; and DOES 1 through 100, in their individual capacities and their official capacities acting under color of law,<br><br>Defendants. | Case No.  5:14-CV-01053-LHK<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT ON BEHALF OF DEFENDANTS DR. GORDON KAPLAN, DR. STERLING LEWIS AND DR. STUART A. SIMON<br><br>Judge: Honorable Lucy H. Koh<br>Date Action Filed: March 6, 2014<br>Trial Date: None assigned |

Pursuant to Civil Local Rule 6-1(a), Plaintiff E. G., a minor, by and through her Guardian Ad Litem, ALFONSO GOMEZ LEPE, by and through her attorneys of record, Adam Carlson and Stan Casper of the Casper, Meadows, Schwartz & Cook law firm, and Defendants DR. GORDON KAPLAN, DR. LEWIS STERLING, and DR. STUART A. SIMON by and through their attorney, B. Thomas French of the Hassard, Bonnington LLP law firm,

CASPER, MEADOWS, SCHWARTZ & COOK
121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT – Case No. 5:14-CV-01053-LHK

1

hereby stipulate to an extension of time for Defendants DR. GORDON KAPLAN, DR. LEWIS STERLING, and DR. STUART A. SIMON to file a responsive pleading to Plaintiff's First Amended Complaint.

### RECITALS

1. WHEREAS, the original Complaint in this matter was filed on March 6, 2014.

2. WHEREAS, Plaintiff filed a First Amended Complaint on November 26, 2014.

3. WHEREAS, the parties have agreed that a response to the First Amended Complaint by Defendants DR. GORDON KAPLAN, DR. LEWIS STERLING, and DR. STUART A. SIMON, may be filed no later than December 17, 2014.

4. WHEREAS, Pursuant to Civil Local Rule 6-1(a), the parties attest that the requested extension of time to answer or otherwise respond will not alter the date of any event or any deadline already fixed by Court order.

### STIPULATION

IT IS HEREBY STIPULATED that the response of Defendants DR. GORDON KAPLAN, DR. LEWIS STERLING, and DR. STUART A. SIMON to the First Amended Complaint will be filed and served no later than December 17, 2014.

DATE: December 9, 2014          HASSARD BONNINGTON LLP

By: _____/s/_____
B. THOMAS FRENCH
Attorney for Defendants
Dr. Kaplan, Dr. Sterling and Dr. Simon

DATE: December 9, 2014          CASPER, MEADOWS, SCHWARTZ & COOK

By: _____/s/_____
ADAM CARLSON
STAN CASPER
Attorneys for Plaintiff
E.G., a minor, by and through her Guardian
Ad Litem, ALFONSO GOMEZ LEPE

CASPER, MEADOWS,
SCHWARTZ & COOK
121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT – Case No. 5:14-CV-01053-LHK
2